## THOMPSON MAXWELL *versus* JOHN ANDERSON, JOSEPH PLYMPTON AND EDMUND KIRBY

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Motion for bail or procedendo *p. 436; (2) motion for consolidation *p. 436. *Journal 4:* (3) Discontinued nisi MS p. 30.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance.

*1822–23 Calendar*, MS p. 121.

Note: See case 1019, *infra.*

## THOMPSON MAXWELL *versus* JOHN ANDERSON, JOSEPH PLYMPTON AND EDMUND KIRBY

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Motion for bail or procedendo *p. 437; (2) motion for consolidation *p. 437; (3) rule for judgment *p. 485.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) declaration; (5) receipt for court costs; (6) promissory note.

*1822–23 Calendar*, MS p. 122. Recorded in *Book B*, MS pp. 416–19.

## BANK OF MICHIGAN *versus* WHITMORE KNAGGS

JOURNAL ENTRIES (1823): *Journal 3:* (1) Motion for bail or procedendo *p. 437; (2) remanded by procedendo *p. 467.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) sheriff's bill of fees.

*1822–23 Calendar*, MS p. 108.